Stephen P. Arnot
Trustee
PO Box 1963
Lake Oswego, OR 97035
(503) 227-5093
arnotlaw@sbcglobal.net

UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>BRANDON MICHAEL STALWICK<br>MICHELLE COLLEEN STALWICK,<br><br>Debtors. | Case No. 15-31954-rld7<br><br>TRUSTEE'S REPLY TO CREDITOR'S OBJECTION<br>**(Unitus Community Credit Union)**<br><br>Hearing Date: August 20, 2015<br>Hearing Time: 10:00 a.m. |

Stephen P. Arnot ("Trustee") files this response to Creditor's Objection to Notice of Intent to Sell Property at Private Sale (Docket No. 27) as follows:

1. <u>The Trustee Is Complying With His Statutory Duties</u>.

The Trustee has a statutory duty to collect and reduce to money the property of the estate for which the Trustee serves pursuant to Section 704(a)(1) of the Bankruptcy Code. The Trustee, in the exercise of his duties, located a purchaser, Turning Leaf Homes, LLC ("TLH") who was willing to pay $5,000 for the estate's right, title and interest to the real property located at 15128 SE Belmore Street, Portland, Oregon and take the property subject to all liens and encumbrances, including Unitus Community Credit Union ("Unitus"). The Trustee is complying with his statutory duty.

/ / / / /

Page 1  TRUSTEE'S REPLY TO CREDITOR'S OBJECTION

Stephen P. Arnot.
Chapter 7 Trustee
PO Box 1963
Lake Oswego, OR 97035
(503) 227-5093

Case 15-31954-rld7    Doc 30    Filed 08/18/15

2.  **The Proposed Sale Is Within The Trustee's Sound Business Judgment**.

The issue before the Court is whether the sale at $5,000, subject to all liens and encumbrances, should be approved under Section 363(b) of the Bankruptcy Code. The test of whether the sale should be approved is whether it is supported by the sound business reason and is based on a sound business exercise of business judgment by the Trustee. *In re Lahijani*, 325 B.R. 282, 288-89 (9th Cir. B.A.P. 2005); *In re Fitzgerald*, 428 B.R. 872 (9th Cir. B.A.P. 2010).

In the case at hand, the Trustee has exercised good business judgment. First, the Trustee is not selling the property free and clear of liens, but subject to the existing liens. Unitus is not being prejudiced and retains its Trust Deed against the property. The liquidation of the property generates $5,000 to the benefit of the creditors of this estate. Second, the Trustee is performing his statutory duties to liquidate estate property and close the case as expeditiously as possible. Third, by conducting a sale in this fashion, in lieu of a short sale, the Trustee's commission administrative fees are substantially lower, which will ultimately benefit the creditors.

The court has approved a number of sales of real property similar to the current transaction. The Trustee has liquidated the bankruptcy estate's right title and interest in a number of properties over the last few years subject to existing liens and encumbrances. All sales have been approved by the court as an exercise of the trustee's good business judgment. In fact, on one occasion, the trustee sold to Wells Fargo residential property to its receiver, subject to existing liens and encumbrances.

Based on the forgoing,, the Trustee has exercised his business judgment in reaching an agreement with the purchaser to acquire the Debtors' interest subject to all liens and encumbrances.

/ / / /

/ / / /

/ / / /

Page 2   TRUSTEE'S REPLY TO CREDITOR'S OBJECTION

Stephen P. Arnot.
Chapter 7 Trustee
PO Box 1963
Lake Oswego, OR 97035
(503) 227-5093

Case 15-31954-rld7    Doc 30    Filed 08/18/15

WHEREFORE, the Trustee respectfully requests that the creditor's objection be overruled and the Court enter an order approving the sale.

DATED this 18th day of August, 2015.

/s/ Stephen P. Arnot
Stephen P. Arnot
Chapter 7 Trustee

Page 3   TRUSTEE'S REPLY TO CREDITOR'S OBJECTION

Stephen P. Arnot.
Chapter 7 Trustee
PO Box 1963
Lake Oswego, OR 97035
(503) 227-5093

Case 15-31954-rld7    Doc 30    Filed 08/18/15

# CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2015 I served the foregoing **TRUSTEE'S RESPONSE TO CREDITOR'S OBJECTION** *via electronic notification, e-mail, facsimile or by depositing a true copy thereof, contained in a sealed envelope, with first-class postage prepaid*, addressed to said parties at the last known address shown below and in the U.S. mail at Portland, Oregon:

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- JENNIFER L ASPAAS ecfor@rcflegal.com, RCO@ecf.inforuptcy.com
- Stephen P Arnot arnotlaw@sbcglobal.net, sparnot@ecf.epiqsystems.com;morriscyn1963@gmail.com
- JAMES J NICITA jnicita@mccarthyholthus.com
- CASEY C PENCE bknotice@mccarthyholthus.com
- Recovery Management Systems Corporation claims@recoverycorp.com
- US Trustee, Portland USTPRegion18.PL.ECF@usdoj.gov
- ADAM M WEINER adam@bankruptcylawportland.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

ENT Federal Credit Union
7250 Campus Dr
Colorado Springs, CO 80920

Dated this 18th day of August 2015.

By: /s/ Stephen P. Arnot
Stephen P. Arnot, Trustee

Page 4  TRUSTEE'S REPLY TO CREDITOR'S OBJECTION

Stephen P. Arnot.
Chapter 7 Trustee
PO Box 1963
Lake Oswego, OR 97035
(503) 227-5093

Case 15-31954-rld7    Doc 30    Filed 08/18/15